IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
HUMAN SERVICES DEP'T and
MELANIE ESTRADA,

    Petitioners-Appellees,

v.                                                        No. 28,710

EDWARD A. PINO,

    Respondent-Appellant.

APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY
John F. Davis, District Judge

N.M. Human Services Dep't
Catherine Anne Cameron
Rio Rancho, NM

for Appellee Human Servs. Dep't

Peter Everett IV
Albuquerque, NM

for Appellant

## MEMORANDUM OPINION

**SUTIN, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

DISMISSED.

**IT IS SO ORDERED.**

_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**LINDA M. VANZI, Judge**

2